# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| JERMEAL WHITE, | : | Case No. 1:20-cv-101 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Stephanie K. Bowman |
| RONALD ERDOS, *et al.*, | : | |
| Defendants. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATIONS
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 53)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. 28 U.S.C. § 636(b). Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on June 10, 2021, submitted a Report and Recommendations. (Doc. 53). No objections were filed, and the time for filing objections has expired.

The Court has reviewed the Report and Recommendations, is satisfied that there is nothing clearly erroneous or contrary to law on the face of the record, and accepts the Magistrate Judge's recommendations. Fed. R. Civ. P. 72.

Accordingly:

1. The Report and Recommendations (Doc. 53) is hereby **ADOPTED**;

2. Plaintiff's motion for temporary restraining order (Doc. 28) is **DENIED**; and,

    3.    Plaintiff's motions for summary judgment (Docs. 29, 35) are **DENIED**.[1]

**IT IS SO ORDERED.**

Date: 8/24/2021                         *s/Timothy S. Black*
                                                            Timothy S. Black
                                                            United States District Judge

---

[1] The other pending motions in this case remain referred to the Magistrate Judge: (1) Defendants' first motion for summary judgment (Doc. 50); (2) Plaintiff's motion for an order compelling discovery (Doc. 51); (3) Plaintiff's motion for extension of time to respond to Defendants' motion for summary judgment (Doc. 54); and (4) Plaintiff's third motion to appoint counsel (Doc. 55).